STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-1381

CONSOLIDATED WITH

12-1380


STATE OF LOUISIANA

VERSUS

JERALD C. FOWLER


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 9684-09 C/W 9683-09
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

JAMES T. GENOVESE
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and James T. Genovese,
Judges.


AFFIRMED AS AMENDED
WITH INSTRUCTIONS.

**Edward J. Marquet**
**Louisiana Appellate Project**
**Post Office Box 53733**
**Lafayette, Louisiana 70505-3733**
**(337) 237-6841**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Jerald C. Fowler**

**John F. DeRosier**
**District Attorney — Fourteenth Judicial District**
**Carla S. Sigler**
**Karen C. McLellan**
**Assistant District Attorneys**
**901 Lakeshore Drive, Suite 800**
**Lake Charles, Louisiana 70601**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
**State of Louisiana**

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *State v. Fowler*, 12-1380 (La.App. 3 Cir. _/_/13), --- So.3d ---, Defendant's sentence for failure to register as a sex offender is amended to delete the provision that it be served without the benefit of parole, probation, or suspension of sentence, and the trial court is instructed to note the amendment on its court minutes.  In all other respects, Defendant's sentence is affirmed.

**AFFIRMED AS AMENDED WITH INSTRUCTIONS.**